IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| PAULA WALDEN,<br>*Plaintiff,*<br><br>v.<br><br>CAROLYN W. COLVIN,[1]<br>Commissioner of Social Security,<br>*Defendant.* | CIVIL ACTION NO. 6:13-cv-00018<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the court on the parties' cross Motions for Summary Judgment (docket nos. 15 and 21), Plaintiff's Motion to Remand (docket no. 16), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 23, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. On August 13, 2014, Judge Ballou filed a Report recommending that Plaintiff's Motion for Summary Judgment (docket no. 15) be denied, the Commissioner's Motion for Summary Judgment (docket no. 21) be granted, and Plaintiff's Motion to Remand (docket no. 16) be denied. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The Report of August 13, 2014, is hereby ADOPTED in its entirety;

2. Plaintiff's Motion for Summary Judgment (docket no. 15) is hereby DENIED;

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is hereby substituted for Michael J. Astrue as the defendant in this suit.

3. Plaintiff's Motion to Remand (docket no. 16) is hereby DENIED;

4. Defendant's Motion for Summary Judgment (docket no. 21) is hereby GRANTED; and

5. This case is hereby DISMISSED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

Entered this  11th  day of September, 2014.

*Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE